ACCEPTED
03-16-00067-CV
12073043
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/9/2016 2:34:13 PM
JEFFREY D. KYLE
CLERK

**NO. 03-16-00067-CV**

**IN THE COURT OF APPEALS**
**FOR THE THIRD DISTRICT OF TEXAS**
**AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/9/2016 2:34:13 PM
JEFFREY D. KYLE
Clerk

**LATISHA MCFADDEN,**
*Appellant*,

v.

**GREG OLESKY AND ROGELIO SANCHEZ,**
*Appellees*.

ON APPEAL FROM THE 353rd DISTRICT COURT OF
TRAVIS COUNTY, TEXAS, CAUSE NO. D-1-GN-04-001222

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLEES' BRIEF**

**ANNE L. MORGAN, CITY ATTORNEY**
**MEGHAN L. RILEY, CHIEF, LITIGATION**
**H. GRAY LAIRD III**
**State Bar No. 24087054**
**Assistant City Attorney**
**City of Austin Law Department**
**P. O. Box 1546**
**Austin, Texas 78767-1546**
**(512) 974-1342 (Telephone)**
**(512) 974-1311 (Facsimile)**
**gray.laird@austintexas.gov**
**COUNSEL FOR APPELLEES**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellees Greg Olesky and Rogelio Sanchez, file this Unopposed Second Motion to Extend Time to File Appellees' Brief.

Appellees' brief is currently due on August 17, 2016.

Counsel for Appellees requests a 21-day extension of time to file their brief, making the brief due on September 7, 2016. This is the second request for extension of time to file the Appellee's brief.

Counsel for Appellees relies on the following reasons to explain the need for the requested extension:

1. During the course of reviewing the trial court record in this case and preparing the Appellees' brief, counsel for Appellees discovered that a portion of Appellee Rogelio Sanchez's trial testimony was missing from the trial transcript which was filed by the court reporter . Specifically, the direct examination of Sanchez conducted by counsel for Appellees is not contained within the transcript filed as the reporter's record, although it had previously been designated by Appellant to be included in the trial court record. Counsel for Appellees has notified the court reporter and requested that the direct exam of Sanchez be transcribed and filed as an amendment to the reporter's record. The court reporter has advised counsel for Appellees that the amended reporter's record likely will not be completed until the week of August 15, 2016.

2. Since Appellee's brief is currently due on August 17, 2016, counsel for Appellees seeks this extension of time in order to have sufficient time to review the amended court reporter's record and to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellees request that this Court grant this Unopposed Second Motion to Extend Time to File Appellee's Brief and extend the Deadline for Filing the Appellee's Brief up to and including September 7, 2016. Appellees further request all other relief to which they may be entitled.

Respectfully submitted,
/s/ H. Gray Laird III
H. Gray Laird
State Bar No. 24087054
Assistant City Attorney
City of Austin Law Department
P. O. Box 1546
Austin, Texas 78767-1546
(512) 974-1342  (Telephone)
(512)974-1311 (Facsimile)
gray.laird@austintexas.gov
*Counsel for Appellees*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellant regarding this motion on August 9, 2016 and that Appellant is not opposed to this motion.

/s/ H. Gray Laird III
H. Gray Laird III

## CERTIFICATE OF SERVICE

I certify that on August 9, 2016, I served a copy of this motion to the following counsel by electronic service:

Donald J. McCarthy
808 W. 11th Street
Austin, TX 78701
512-477-1901 (facsimile)
*Counsel for Appellant*

/s/ H. Gray Laird III
H. Gray Laird III